UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN  DIVISION

_____

JEFFREY R. LeBLANC,

                  Plaintiff,                    Case No. 1:15-cv-128

v.                                        Honorable Paul L. Maloney

PEOPLE OF THE UNITED STATES,

                  Defendant.

_____/

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without

prejudice for lack of prosecution.

Dated:  April 30, 2015             /s/ Paul L. Maloney
                                          Paul L. Maloney
                                        Chief United States District Judge